**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**John R. THOMPSON, Defendant-**
**Appellant.**

**No. 183, Docket 28931.**

United States Court of Appeals
Second Circuit.

Argued Nov. 20, 1964.

Decided Nov. 20, 1964.

Howard T. Owens, Jr., Asst. U. S.
Atty., New Haven, Conn. (Jon O. New-
man, U. S. Atty. for Dist. of Connecticut,
New Haven, Conn., on the brief), for
plaintiff-appellee.

Wallace R. Burke, Hartford, Conn.
(Maxwell Heiman, Hartford, Conn., on
the brief), for defendant-appellant.

Before LUMBARD, Chief Judge, and
MEDINA and MARSHALL, Circuit
Judges.

PER CURIAM.

We affirm in open court. The case was
tried without a jury and the basic issue
was whether the trial judge would be-
lieve appellant's somewhat fantastic tes-
timony to the general effect that an "ac-
countant," since deceased, had told him
there was a "ten year plan" by which
contractors such as appellant could law-
fully refrain from filing income tax re-
turns for a period of ten years by sim-

ply informing the Internal Revenue Serv-
ice of an intent to adopt the plan. The
trial judge did not believe appellant's
testimony. The finding of guilt was also
based on other proof indicating that the
failure to file the returns was wilful.
The claims of variance and alleged newly
discovered evidence do not merit discus-
sion.

Affirmed in open court.